# Exhibit B

```
14101311222019                Cambria County Prothonotary                    Page    1
PYSPRT                        Civil Case Detail Report                    11/22/2019
```

Case No.......... 2019-02921  DANNY DAVID (vs) THE PA STATE UNIVERSITY

```
Reference No......                              Filed..........    6/19/2019
Case Type........  CONTRACT - EMPLOYMENT        Time...........         9:14
Judgment..........           $.00               Execution Date.    0/00/0000
Judge Assigned....                              Jury Trial.....
Disposed Desc.....                              Disposed Date..    0/00/0000
------------ Case Comments ------------         Higher Crt 1...
                                                Higher Crt 2...
```

```
***************************************************************************
                          ++ GENERAL INDEX ++
Indexed Party                                   Attorney Info
DAVID DANNY                    PLAINTIFF         COLEMAN MARGARET S
                                                  2103 INVESTMENT BUILDING
                                                  239 FOURTH AVENUE
                                                  PITTSBURGH, PA  15219


THE PENNSYLVANIA STATE         DEFENDANT         SNYDER JOHN A ESQ
UNIVERSITY                                        811 UNIVERSITY DRIVE
                                                  STATE COLLEGE, PA  16801
```

```
***************************************************************************
                          ++ DOCKET ENTRIES ++
Date      Entry Text
          - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - -
6/19/2019 PRAECIPE TO ISSUE WRIT OF SUMMONS FILED.
          (WRIT OF SUMMONS ISSUED TO MARGARET S. COLEMAN, ESQ.)
                         10 Image page(s) exists for this entry
          -----------------------------------------------------------
10/30/2019 COMPLAINT IN CIVIL ACTION FILED BY MARGARET S. COLEMAN, ESQ.
                          8 Image page(s) exists for this entry
          -----------------------------------------------------------
11/14/2019 PRAECIPE FOR ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT, FILED BY
          JOHN A. SNYDER, ESQ.
                          5 Image page(s) exists for this entry
          - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - -
```

```
***************************************************************************
                       ++ Escrow Information ++
Cost / Fee          Beg. Balance   Pymts/Adjmts    End. Balance
WRIT OF SUMMONS          $57.50         $57.50           $.00
SUMMONS WRIT              $.50           $.50            $.00
AUTOMATION FEE           $5.00          $5.00            $.00
JCS/ATJ FEE   *         $40.25         $40.25           $.00
                    ------------   ------------    ------------
                       $103.25        $103.25           $.00
```

```
***************************************************************************
                       End of Case Information
```

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

Cambria _____ **County**

| For Prothonotary Use Only: |
|---|
| Docket No: _2019 - 2921_ |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

---

**Commencement of Action:**

- ☐ Complaint
- ☒ Writ of Summons
- ☐ Transfer from Another Jurisdiction
- ☐ Petition
- ☐ Declaration of Taking

Lead Plaintiff's Name:
**Danny David**

Lead Defendant's Name:
**The Pennsylvania State University**

**Are money damages requested?** ☒ Yes  ☐ No

Dollar Amount Requested:
(check one)
- ☐ within arbitration limits
- ☐ outside arbitration limits

**Is this a *Class Action Suit*?** ☐ Yes  ☒ No

**Is this an *MDJ Appeal*?** ☐ Yes  ☒ No

Name of Plaintiff/Appellant's Attorney: **Margaret S. Coleman, Esquire**

☐ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

---

**Nature of the Case**    Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other

- ☒ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other

- ☐ Other:

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other

- ☐ Zoning Board
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other:

*Updated 1/1/2011*

# NOTICE

**Pennsylvania Rule of Civil Procedure 205.5. (Cover Sheet) provides, in part:**

**Rule 205.5.    Cover Sheet**

(a)(1)   This rule shall apply to all actions governed by the rules of civil procedure except the following:

      (i)     actions pursuant to the Protection from Abuse Act, Rules 1901 et seq.

      (ii)    actions for support, Rules 1910.1 et seq.

      (iii)   actions for custody, partial custody and visitation of minor children, Rules 1915.1 et seq.

      (iv)   actions for divorce or annulment of marriage, Rules 1920.1 et seq.

      (v)    actions in domestic relations generally, including paternity actions, Rules 1930.1 et seq.

      (vi)   voluntary mediation in custody actions, Rules 1940.1 et seq.

(2)    At the commencement of any action, the party initiating the action shall complete the cover sheet set forth in subdivision (e) and file it with the prothonotary.

(b)    The prothonotary shall not accept a filing commencing an action without a completed cover sheet.

(c)    The prothonotary shall assist a party appearing pro se in the completion of the form.

(d)    A judicial district which has implemented an electronic filing system pursuant to Rule 205.4 and has promulgated those procedures pursuant to Rule 239.9 shall be exempt from the provisions of this rule.

(e)    The Court Administrator of Pennsylvania, in conjunction with the Civil Procedural Rules Committee, shall design and publish the cover sheet.  The latest version of the form shall be published on the website of the Administrative Office of Pennsylvania Courts at www.pacourts.us.

IN THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| DANNY DAVID, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 2019- 2921 |
| | ) | |
| v. | ) | |
| | ) | |
| THE PENNSYLVANIA STATE | ) | |
| UNIVERSITY; | ) | |
| | ) | |
| Defendant. | ) | |

PROTHONOTARY CAMBRIA
COUNTY, PA

2019 JUN 19   AM 9: 14

FILED FOR RECORD

**PRAECIPE TO ISSUE WRIT OF SUMMONS**

Filed on Behalf of Plaintiff
Danny David

Counsel of Record for this Party

Margaret S. Coleman, Esquire
PA I. D. #200975

Law Office of Timothy P. O'Brien
2103 Investment Building
239 Fourth Avenue
Pittsburgh, PA  15222
(412) 232-4400

IN THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA

DANNY DAVID,                              )    CIVIL DIVISION
                                         )
            Plaintiff,                    )    No.
                                         )
    v.                                    )
                                         )
THE PENNSYLVANIA STATE                    )
UNIVERSITY,                               )
                                         )
                                         )
            Defendant.                    )

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO:    The Prothonotary

        Kindly issue a Writ of Summons in the above-captioned matter against the

above-named defendant.

                                Respectfully submitted,

                                Margaret S. Coleman, Esquire
                                PA I. D. #200975

                                Law Office of Timothy P. O'Brien
                                2103 Investment Building
                                239 Fourth Avenue
                                Pittsburgh, PA  15219
                                (412) 232-4400

                                Attorney for Plaintiff

# THE LAW OFFICES OF TIMOTHY P. O'BRIEN
## CIVIL RIGHTS | EMPLOYEE RIGHTS

239 Fourth Avenue
Investment Building, Suite 2103
Pittsburgh, Pennsylvania 15222
(412) 232-4400
(412) 232-3730 (Fax)

| **Timothy P. O'Brien** | **Margaret Schuetz Coleman** | **Alec B. Wright** |
|---|---|---|
| tpob@obrien-law.net | msc@obrienlawpgh.com | abw@obrienlawpgh.com |

June 13, 2019

Cambria County Prothonotary
200 South Center St.
Ebensburg, PA 15931

RE:    Danny David v. The Pennsylvania State University

Dear Prothonotary:

Enclosed please find a Praecipe to Issue Writ of Summons in the above-referenced matter. Please return the issued writ to me in the enclosed self-addressed stamped envelope. I have also enclosed a check payable to the Cambria County Prothonotary in the amount of $103.25.

Thank you for your assistance in this matter, and if you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Margaret S. Coleman

## Heather McDonald

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, June 14, 2019 10:51 AM
**To:** Heather McDonald
**Subject:** FedEx Shipment 775462193338 Delivered

# Your package has been delivered

## Tracking # 775462193338

| | | |
|---|---|---|
| Ship date:<br>Thu, 6/13/2019 | | Delivery date:<br>Fri, 6/14/2019 10:45 am |
| Margaret S. Coleman<br>PITTSBURGH, PA 15222<br>US | Delivered | Prothonotary<br>Cambria County Prothonotary<br>200 South Center St.<br>EBENSBURG, PA 15931<br>US |

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 775462193338 |
| Status: | Delivered: 06/14/2019 10:45 AM Signed for By: J.GMITTER |
| Reference: | Danny David |
| Signed for by: | J.GMITTER |
| Delivery location: | EBENSBURG, PA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Standard Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 6/14/2019 by 4:30 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:50 AM CDT on 06/14/2019.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

1

shipped from us the date at which the package is permitted to be delivered by reason of the Global Service Guarantee. Please
shipping calculations and estimated delivery may vary. Please see the FedEx Service Guide for terms and conditions of service.
including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

... Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and
international law. Review our privacy policy. All rights reserved.

Thank you for your business.

# FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | |
| FAX NUMBER | 18144725632 |
| FROM | Heather Mcdonald |
| DATE | 2019-06-18 20:05:04 GMT |
| RE | Danny David v. The Pennsylvania State University |

## COVER MESSAGE

Good afternoon:

Attached is the Praecipe for Writ of Summons which was delivered to the Cambria County Prothonotary on Friday, 6/14/19. I am also attaching the Civil Cover Sheet and a signed copy of the Praecipe. Please let me know if you would like to me to send a signed Praecipe with an original signature via US mail.

I apologize for any inconvenience. Please let me know if you need anything further. You can reach me at the number below or via e-mail at hjm@obrienlawpgh.com.

Thanks,

Heather J. McDonald
Paralegal/Administrative Assistant

**The Law Offices of Timothy P. O'Brien**
239 Fourth Avenue
Suite 2103, Investment Building
Pittsburgh, PA  15222
(412) 232-4400 – phone
(412) 232-3730 – fax

IN THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA

DANNY DAVID,                        )       CIVIL DIVISION
                                    )
              Plaintiff,            )       No.
                                    )
        v.                          )
                                    )
THE PENNSYLVANIA STATE              )
UNIVERSITY;                         )
                                    )
              Defendant.            )

**PRAECIPE TO ISSUE WRIT OF SUMMONS**

Filed on Behalf of Plaintiff
Danny David

Counsel of Record for this Party

Margaret S. Coleman, Esquire
PA I. D. #200975

Law Office of Timothy P. O'Brien
2103 Investment Building
239 Fourth Avenue
Pittsburgh, PA  15222
(412) 232-4400

IN THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| DANNY DAVID, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| THE PENNSYLVANIA STATE | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO:    The Prothonotary

Kindly issue a Writ of Summons in the above-captioned matter against the

above-named defendant.

Respectfully submitted,

_____

Margaret S. Coleman, Esquire
PA I. D. #200975

Law Office of Timothy P. O'Brien
2103 Investment Building
239 Fourth Avenue
Pittsburgh, PA  15219
(412) 232-4400

Attorney for Plaintiff

IN THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| DANNY DAVID, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 2019-02921 |
| | ) | |
| v. | ) | |
| | ) | |
| THE PENNSYLVANIA STATE | ) | |
| UNIVERSITY; | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT IN CIVIL ACTION**

Filed on Behalf of Plaintiff
Danny David

Counsel of Record for this Party

Margaret S. Coleman, Esquire
PA I. D. #200975

Law Office of Timothy P. O'Brien
Henry W. Oliver Building
535 Smithfield Street, Suite 1025
Pittsburgh, PA  15222
(412) 232-4400

FILED FOR RECORD

2019 OCT 30  AM 9: 30

PROTHONOTARY CAMBRIA
COUNTY, PA

IN THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| DANNY DAVID, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. 2019-02921 |
| | ) | |
| v. | ) | |
| | ) | |
| THE PENNSYLVANIA STATE | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT IN CIVIL ACTION

AND NOW COMES Plaintiff Danny David, by and through his attorneys, MARGARET S. COLEMAN and the LAW OFFICES OF TIMOTHY P. O'BRIEN and submits the following Complaint in Civil Action, and in support thereof avers as follows:

### I)    INTRODUCTION

1.    The Plaintiff, Danny David, alleges that Defendant, Pennsylvania State University ("PSU") discriminated against him on the basis of his perceived disability in violation of section 504 of the Rehabilitation Act when it revoked his conditional offer of employment because of his visual color deficiency.

### II)    JURISDICTION

2.    Jurisdiction in this Court is proper pursuant to Article V, Section 5 of the Pennsylvania Constitution.

### III)    PARTIES

3.    Danny David is an adult individual who currently resides in Uniontown, Pennsylvania.

4.    The Pennsylvania State University is a public university, a member of the Pennsylvania State System of Higher Education and receives federal financial assistance. PSU maintains a main campus in State College, Pennsylvania and satellite campuses in Fayette, Pennsylvania and Lamont Furnace, Pennsylvania. At all relevant times, PSU was acting by and through its duly authorized employees, agents and/or administrators, who at all relevant times were acting within the course and scope of their employment, under color of state law, and in accordance with PSU's policies, practices and customs.

IV)    **FACTUAL ALLEGATIONS**

5.    Danny David has over 20 years of employment as a law enforcement officer in the Commonwealth of Pennsylvania including nine years as a Municipal Police Officer, three and a half years as a Municipal Police Chief, one year as a Deputy Sheriff, six years as a State Constable,  five years as a Hospital Police Officer, and five years as a School Police Officer.

6.    At all relevant times Mr. David was employed as a Municipal Police Officer Education and Training Commission (MPOETC) certified School Police Officer and/or Private Police Officer (Act 501).

7.    At all relevant times, Mr. David was employed as a PSU Public Safety Officer.

8.    Danny David suffers from a color vision deficiency.  This condition affects his ability to differentiate the colors red and green under some circumstances.  It is often referred to as "colorblindness."

9.   Color vision deficiency occurs in various degrees ranging from mild to severe.  Mr. David's deficiency is mild.

10.   Color vision deficiency such as Mr. David's can be ameliorated through the use of glasses or contact lenses.

11.   Mr. David's color vision deficiency has never affected his ability to perform any of his duties as police officer during his 20-year career in law enforcement.

12.   Although Mr. David had previously been certified as a municipal police officer by MPOETC, his certification became inactive in 2008.  He took and passed the test to become recertified in 2017.

13.   In or about 2016, Mr. David became employed by PSU as a Public Safety Officer.

14.   On or about October 2017, Mr. David applied for a position as a PSU Police Officer.

15.   The duties and responsibilities of a PSU Police Officer are substantially similar to the duties and responsibilities of a PSU Public Safety Officer except that Public Safety Officers lack arrest powers.

16.   On June 22, 2018, Defendant provided Danny David with a conditional offer of employment as a PSU Police Officer. The conditional offer was signed by John Petrick, Director of Administration.

17.   The offer of employment was conditioned on, *inter alia*, Mr. David's successful completion of "all medical requirements."

18.   Pursuant to the conditional offer, Mr. David was required to submit to a medical examination by a physician selected by PSU.

19.    He completed this examination in July of 2018.

20.    The vision test performed by PSU's physician revealed Mr. David's color vision deficiency.

21.    Sometime thereafter, in July of 2018, John Petrick informed Mr. David via telephone that his conditional offer of employment, which was to start August 6, 2018, was withdrawn due to the results of his vision test.

22.    On or about August 17, 2018, Mr. David provided Petrick with a letter from his ophthalmologist, Dr. Aaron Sobol, stating that, "[Mr. David's] red/green color deficit, in my medical opinion, will not affect his ability to perform his duties at [sic] a Pennsylvania State Trooper or Municipal officer in Pennsylvania."

23.    PSU did not reinstate Mr. David's conditional offer of employment.

24.    Because PSU withdrew Mr. David's conditional offer of employment, it did not submit his application to MPOETC for approval, as required by state law.  See 37 P. Code § 203.15.

25.    PSU's decision to withdraw Mr. David's conditional offer of employment was not "job related and consistent with business necessity."

26.    PSU had no basis to believe that Mr. David's color vision deficiency would impair his ability to perform the essential job functions of a PSU Police Officer.

27.    PSU had no basis to believe that Mr. David's color vision deficiency would render him a direct threat.

28.    PSU never conducted an individualized assessment of Mr. David's present ability to safely perform the essential functions of a PSU Police Officer.

29.   PSU never investigated whether the effects of Mr. David's color vision deficiency could be reduced or eliminated through a reasonable accommodation.

30.   PSU's withdrawal of Mr. David's conditional offer of employment, and consequent failure to submit an application on his behalf to MPOETC violated Mr. David's rights under section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order 1) declaring that Penn State University's actions as described herein violated the Rehabilitation Act of 1973; 2) directing Penn State University to reinstate Mr. David's conditional offer of employment and submit his application for certification as a municipal police officer to the Municipal Police Officers Education and Training Commission; 3) awarding him monetary damages; 4) awarding him attorneys' fees and costs incurred in obtaining the relief requested herein; and 5) providing for such other relief as this Honorable Court deems just and proper.

Respectfully submitted,

Margaret S. Coleman, Esquire
PA ID# 200975

Law Office of Timothy P. O'Brien
Henry W. Oliver Building
535 Smithfield Street, Suite 1025
Pittsburgh, PA  15222
 (412) 232-4400

Attorney for Plaintiff

Oct 23 2019 12:52 HP Fax                              page 1

## VERIFICATION

I, DANNY DAVID, have read the forgoing COMPLAINT IN CIVIL ACTION.  The statements made herein are true and correct to the best of my knowledge, information and belief.

This verification is made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn fabrication to authorities, which provides that if I make knowingly false averments, I may be subject to criminal penalties.

Date: 10/23/2019

Danny David



McQuaide Blasko, Inc.
811 University Drive, State College, PA 16801-6624
814.238.4926   FAX 814.234.5620
*Additional offices in Hershey, Hollidaysburg, and Williamsport*

www.mqblaw.com

November 12, 2019

**Via U.S. Mail**

Debbie Martella, Prothonotary
Cambria County Court of Common Pleas
200 South Center Street
Ebensburg, PA  15931

      **In re:** <u>**Danny David v. The Pennsylvania State University**</u>**, No. 2019-02921**

Dear Ms. Martella:

      Enclosed please find my Praecipe for Entry of Appearance, Certificate of Compliance and Certificate of Service for filing on behalf of Defendant in the above-referenced matter.

      Thank you for your attention to this matter.

              Very truly yours,

              McQUAIDE BLASKO

              By:

                John A. Snyder

sap
Enclosure
cc/Enc.:     Margaret S. Coleman, Esquire

THE COURT OF COMMON PLEAS
CAMBRIA COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

DANNY DAVID,                              :
                                          :
              Plaintiff,                  :     No. 2019-02921
                                          :
                                          :     Type of Pleading:
      v.                                  :     **Praecipe for Entry of Appearance**
                                          :
THE PENNSYLVANIA STATE                    :
UNIVERSITY,                               :
                                          :     Type of Case:  **Civil**
              Defendant.                  :
                                          :     Filed on behalf of:  **Defendant**
                                          :
                                          :
                                          :     Counsel of Record for this Party:
                                          :     John A. Snyder, Esquire
                                          :     Pa. I.D. No. 66295
                                          :     jasnyder@mqblaw.com
                                          :     McQUAIDE BLASKO, INC.
                                          :     811 University Drive
                                          :     State College, PA  16801
                                          :     Phone:  (814) 238-4926
                                          :     Fax:  (814) 234-5620

IN THE COURT OF COMMON PLEAS
CAMBRIA COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

DANNY DAVID,                              :
                                          :    No. 2019-02921
                    Plaintiff,            :
                                          :
                                          :
        v.                                :
                                          :
THE PENNSYLVANIA STATE                    :
UNIVERSITY,                               :
                                          :
                    Defendant.            :

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please enter my appearance as counsel for Defendant The Pennsylvania State

University in the above-captioned matter.

                            McQUAIDE BLASKO, INC.


Dated:  November 13, 2019          By: _____
                                         John A. Snyder, Esquire
                                         Pa. I.D. No. 66295
                                         jasnyder@mqblaw.com
                                         811 University Drive
                                         State College, PA  16801
                                         Phone:  (814) 238-4926


                                         Attorneys for Defendant

IN THE COURT OF COMMON PLEAS
CAMBRIA COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

DANNY DAVID,                          :
                                      :     No. 2019-02921
              Plaintiff,              :
                                      :
      v.                              :
                                      :
THE PENNSYLVANIA STATE                :
UNIVERSITY,                           :
                                      :
              Defendant.              :

## CERTIFICATE OF COMPLIANCE

We certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

McQUAIDE BLASKO, INC.

Dated:  November 1͜2, 2019          By: _____
                                        John A. Snyder, Esquire
                                        Pa. I.D. No. 66295
                                        jasnyder@mqblaw.com
                                        811 University Drive
                                        State College, PA  16801
                                        Phone:  (814) 238-4926

                                        Attorneys for Defendant

IN THE COURT OF COMMON PLEAS
CAMBRIA COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

DANNY DAVID,                         :
                                     :    No. 2019-02921
            Plaintiff,               :
                                     :
     v.                              :
                                     :
THE PENNSYLVANIA STATE               :
UNIVERSITY,                          :
                                     :
            Defendant.               :

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my Praecipe for Entry of Appearance on behalf of Defendant in the above-captioned matter was served via U.S. Mail, on this ⸌⸍ day of November, 2019, to the attorneys/parties of record:

Margaret S. Coleman, Esquire
Law Offices of Timothy P. O'Brien
Henry W. Oliver Building
535 Smithfield Street, Suite 1025
Pittsburgh, PA  15222
(412) 232-4400
msc@obrienlawpgh.com

McQUAIDE BLASKO, INC.

By: _____
    John A. Snyder, Esquire
    Pa. I.D. No. 66295
    jasnyder@mqblaw.com
    811 University Drive
    State College, PA  16801
    Phone:  (814) 238-4926

Attorneys for Defendant